IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ALLEN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.04-1395-SLR |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on March 4, 2004, a true and correct copy of **Dollar General's Response to Plaintiff's Interrogatories Directed to Defendant** was served by depositing same in the United States Mail, postage prepaid, to the following counsel of record:

> John S. Grady, Esquire
> Grady and Hampton, LLC
> 6 North Bradford Street
> Dover, DE  19904

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
_____
Adria B. Martinelli, Esquire (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 571-1253
email:  amartinelli@ycst.com
Attorneys for Defendant

Dated:  March 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John S. Grady, Esquire
>Grady & Hampton LLC
>6 North Bradford Street
>Dover, Delaware 19904

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>    /s/
>Adria B. Martinelli (No. 4056)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6613
>Facsimile: (302) 576-3314
>Email:  amartinelli@ycst.com
>Attorneys for Defendant

Dated:   March 8, 2005