IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ALLEN SCOTT, | ) | |
| | ) | C.A. No.: 04-1395 - SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

Two true copies of **Plaintiff's Second Set of Interrogatories Directed to Defendant and Plaintiff's Second Request for Production Directed to Defendants** were served on:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE  19899-0391
*Attorneys for Defendant*


OF COUNSEL:
Anderson Scott, Esquire (Georgia Bar # 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta GA  30326

A.  Service was made by mailing two copies postage pre-paid through the United States Postal Service on March 29, 2005 to Anderson Scott, Esquire and via ECF to Adria Martinelli, Esquire.

B.  The original Plaintiff's Second Set of Interrogatories Directed to Defendant and Plaintiff's Second Request for Production Directed to Defendants have been retained by the undersigned as custodian.

                        GRADY & HAMPTON, LLC

                        __/S/ John S. Grady, Esquire (009)____
                        John S. Grady, Esquire (I. D. No. 009)
                        6 North Bradford Street
                        Dover, DE  19904
                        (Tel. 302-678-1265)
                        jgrady@gradyhampton.com
                        *Attorney for plaintiff*

DATED:  March 29, 2005