AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

MICHAEL ALLEN SCOTT,
    Plaintiff,

V.

DOLLAR GENERAL CORPORATION
and DOLGENCORP, INC.,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-1395-SLR

TO: (Name and address of Defendant)

DOLGENCORP, INC.
c/o CORPORATION SERVICE COMPANY
2711 Centerville Road, Suite 400
Wilmington DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN S. GRADY, ESQ.
GRADY & HAMPTON, LLC
6 North Bradford Street
Dover DE  19904

Second Amended
an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              MAR 28 2005
CLERK                                         DATE

*Evette Watson*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CAREY M SHEA | PROCESS SERVER |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED DOLGENCORP, INC BY SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE ROAD, WILM DE 19808 AT 3:10 PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/05
              Date

Signature of Server: [signature] Carey M Shea

Address of Server:
PARCELS INC
4 E 7TH ST
WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.