IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT, ) | |
| ) | C.A. No.: 04-1395 SLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

The document(s) **Plaintiff's Amended Response to Defendant's Request for Production of Documents** were served on the following:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE  19899-0391
*Attorneys for Defendant*

OF COUNSEL:
Anderson Scott, Esquire (Georgia Bar # 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta GA  30326


A.  Service was made by mailing two copies postage pre-paid through the United

States Postal Service on March 31, 2005.

B.  The original Plaintiff's Amended Response to Defendant's Request for Production Directed to Defendants has been retained by the undersigned as custodian.

GRADY & HAMPTON, LLC

　/S/ John S. Grady, Esquire (009)　
John S. Grady, Esquire (I. D. No. 009)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
*Attorney for plaintiff*

DATED:  March 31, 2005

2