**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ALLEN SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLLAR GENERAL CORPORATION, )<br>and DOLGENCORP, INC. )<br>)<br>Defendants. ) | C.A. No.: 04-1395 SLR |

**NOTICE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

The document(s) **Plaintiff's Amended Answers to Interrogatories** were served on the following:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE 19899-0391
*Attorneys for Defendant*

OF COUNSEL:
Anderson Scott, Esquire (Georgia Bar # 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta GA 30326

A. Service was made by mailing two copies postage pre-paid through the United

States Postal Service on April 1, 2005.

B.  The original Plaintiff's Amended Answers to Interrogatories has been retained by the undersigned as custodian.

GRADY & HAMPTON, LLC

  /S/ John S. Grady, Esquire (009)
John S. Grady, Esquire (I. D. No. 009)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
*Attorney for plaintiff*

DATED:  April 1, 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005 I electronically filed NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Young Conaway Stargatt & Taylor, LLP
> Adria B. Martinelli, Esquire (#4056)
> The Brandywine Building
> 1000 West Street, 17th Floor
> PO Box 391
> Wilmington DE  19899-0391
> *Attorneys for Defendant*

I hereby certify that on April 1, 2005 I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Anderson Scott, Esquire (Georgia Bar # 631940)
> Fisher & Phillips LLP
> 945 East Paces Ferry Road, Suite 1500
> Atlanta GA  30326

>> GRADY & HAMPTON, LLC
>>
>> \_\_/S/ John S. Grady, Esquire (009)\_\_\_\_
>> John S. Grady, Esquire (I. D. No. 009)
>> 6 North Bradford Street
>> Dover, DE  19904
>> (Tel. 302-678-1265)
>> jgrady@gradyhampton.com
>> *Attorney for plaintiff*