IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT,  ) | |
| ) | C.A. No.: 04-1395 - SLR |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| DOLLAR GENERAL CORPORATION,  ) | |
| ) | |
| ) | |
| Defendants.  ) | |

**NOTICE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

Two true copies of **Plaintiff's Third Request for Production Directed to Defendants** was served on:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE  19899-0391
*Attorneys for Defendant*


OF COUNSEL:
Anderson Scott, Esquire (Georgia Bar # 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta GA  30326


A. Service was made by mailing two copies postage pre-paid through the United States Postal Service on April 22, 2005.

B.  The original document entitled Plaintiff's Third Request for Production Directed to Defendants has been retained by the undersigned as custodian.

                                          GRADY & HAMPTON, LLC

                                          /S/ John S. Grady, Esquire (009)
                                          John S. Grady, Esquire (I. D. No. 009)
                                          6 North Bradford Street
                                          Dover, DE  19904
                                          (Tel. 302-678-1265)
                                          jgrady@gradyhampton.com
                                          *Attorney for plaintiff*

DATED:  April 22, 2005