IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1395-SLR |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on April 25, 2005, a true and correct copy of **Defendants' Responses to Plaintiff's Second Set of Interrogatories** and **Defendants' Responses to Plaintiff's Second Request for Production of Documents** were served by depositing same in the United States Mail, postage prepaid, to the following counsel of record:

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com

OF COUNSEL:
Anderson Scott, Esquire (Georgia Bar I.D. 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta, GA 30327
Telephone: (404) 240-4289
Facsimile: (404) 240-4249

Dated: May 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John S. Grady, Esquire
>Grady and Hampton, LLC
>6 North Bradford Street
>Dover, DE 19904

>YOUNG CONWAY STARGATT & TAYLOR LLP

>/s/ Adria B. Martinelli
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6613
>Facsimile: (302) 576-3314
>Email: amartinelli@ycst.com

Dated: May 2, 2005