IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1395-SLR |
| DOLLAR GENERAL CORPORATION, | : |
| Defendant. | : |

**ORDER**

At Wilmington this **31st** day of **May, 2005**,

IT IS ORDERED that the mediation conference scheduled for Friday, June 17, 2005 beginning at 10:00 a.m. is canceled. The Court shall contact counsel as soon as possible as to the availability of rescheduling the mediation for August 8 or August 22, 2005.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE