IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT,<br><br>           Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORPORATION,<br>and DOLGENCORP, Inc.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1395-SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

    I, Adria B. Martinelli, Esquire, hereby certify that on June 3, 2005, a true and correct copy of **Defendants' Supplement to Initial Disclosures** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

    John S. Grady, Esquire
    Grady and Hampton, LLC
    6 North Bradford Street
    Dover, DE 19904

    YOUNG CONWAY STARGATT & TAYLOR LLP

    /s/ Adria B. Martinelli
    Adria B. Martinelli, Esquire (DE Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street, P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6613
    Facsimile: (302) 576-3314
    Email: amartinelli@ycst.com
    **OF COUNSEL:**
    Anderson Scott, Esquire (Georgia Bar I.D. 631940)
    Fisher & Phillips LLP
    945 East Paces Ferry Road, Suite 1500
    Atlanta, GA 30327
    Telephone: (404) 240-4289
    Facsimile: (404) 240-4249
    Attorneys for Dollar General Corporation
    and Dolgencorp, Inc.