IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORPORATION,<br>and DOLGENCORP, Inc.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-1395-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

    I, Adria B. Martinelli, Esquire, hereby certify that on June 20, 2005, a true and correct copy of **Defendants' Second Supplement to Initial Disclosures** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

        John S. Grady, Esquire
        Grady and Hampton, LLC
        6 North Bradford Street
        Dover, DE 19904

        YOUNG CONWAY STARGATT & TAYLOR LLP

        /s/ Adria B. Martinelli
        Adria B. Martinelli, Esquire (DE Bar I.D. 4056)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6613
        Facsimile: (302) 576-3314
        Email: amartinelli@ycst.com
        **OF COUNSEL:**
        Anderson Scott, Esquire (Georgia Bar I.D. 631940)
        Fisher & Phillips LLP
        945 East Paces Ferry Road, Suite 1500
        Atlanta, GA 30327
        Telephone: (404) 240-4289
        Facsimile: (404) 240-4249
        Attorneys for Dollar General Corporation
        and Dolgencorp, Inc.