IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1395-SLR |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) JURY TRIAL DEMANDED |
| and DOLGENCORP, Inc., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on June 20, 2005, a true and correct copy of **Defendants' Supplemental Response to Plaintiff's First Request for Production of Documents** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (DE Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
**OF COUNSEL:**
Anderson Scott, Esquire (Georgia Bar I.D. 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta, GA 30327
Telephone: (404) 240-4289
Facsimile: (404) 240-4249
Attorneys for Dollar General Corporation
and Dolgencorp, Inc.