IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ALLEN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1395-SLR |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO:  John S. Grady, Esquire
     Grady & Hampton LLC
     6 North Bradford Street
     Dover, DE 19904

PLEASE TAKE NOTICE that the Defendants will take the deposition upon oral and video examination of Michael Allen Scott on Tuesday, June 28, 2005, at 10 a.m., at the Law Offices of Grady & Hampton LLC, 6 North Bradford Street, Dover, Delaware 19904, before a videographer and court reporter or other notary public or an officer authorized by law to take depositions, and the testimony shall be recorded by sound, visual, and stenographic means.

This deposition is being taken for purposes of discovery, for use at trial, and for all purposes permitted under the Federal Rules of Civil Procedure. The examination will continue until completed or until recessed for further scheduling.

Plaintiff is requested to bring with him to the deposition all documents that he contends support his claims against Defendants.

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
**OF COUNSEL:**
Anderson Scott, Esquire (Georgia Bar I.D. 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta, GA 30327
Telephone: (404) 240-4289
Facsimile: (404) 240-4249
Attorneys for Dollar General Corporation
and Dolgencorp, Inc.

DATED:    June 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ALLEN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1395-SLR |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on June 22, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Deposition for Michael Allen Scott** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
**OF COUNSEL:**
Anderson Scott, Esquire (Georgia Bar I.D. 631940)
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta, GA 30327
Telephone: (404) 240-4289
Facsimile: (404) 240-4249
Attorneys for Dollar General Corporation
and Dolgencorp, Inc.