**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER  (302) 678-1265
SUSSEX (302) 855-1313
FAX    (302) 678-3544

June 30, 2005

Office of the Clerk
United States District Court
844 North King Street – Lockbox 18
Wilmington, DE 19801-3570

  Re: <u>Michael Allen Scott v. Dollar General Corporation, et al</u>
    C.A. No. 04-1395-SLR

Dear Clerk:

  The above captioned case has been settled by the parties. They are in the process of signing appropriate settlement papers.

  This matter had been scheduled for mediation with Judge Mary Pat Thynge. That matter can be taken off of her calendar.

          Sincerely yours,

          John S. Grady

JSG:rd
cc Anderson Scott, Esq.
  The Honorable Mary Pat Thynge