IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ALLEN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-1395 |
| | ) | |
| v. | ) | |
| | ) | |
| DOLLAR GENERAL CORPORATION | ) | JURY TRIAL DEMANDED |
| and DOLGENCORP, INC., | ) | |
| | ) | |
| Defendants. | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties jointly move that the above action be dismissed with prejudice.

Respectfully submitted,

/s/ John S. Grady_____ _
John S. Grady, Esq.

GRADY & HAMPTON LLC
6 North Bradford Street
Dover, Delaware 19904
Telephone:  (302) 678-1265
Facsimile:  (302) 678-3544
Attorney for Plaintiff Michael Allen Scott

/s/ Anderson Scott_____
Anderson B. Scott

FISHER & PHILLIPS LLP
1500 Resurgens Plaza

945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 231-1400
Facsimile: (404) 240-4249

                                              /s/Adria B. Martinelli, Esq.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
P. O. Box 391
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6613
Facsimile: (302) 576-3312
Attorneys For Defendants
Dollar General Corporation And Dolgencorp, Inc.

Atlanta 960370.1